## The People v. Dan Van Wagner.

*Limitation on review in criminal cases—Certiorari.*

Writs of error and of certiorari are barred after five years from judgment, and if sued out will be dismissed.

The writ of certiorari is appropriate to accompany the writ of error in criminal cases, if issued in time.

Error to Kalamazoo.   (Hawes, J.)   June 19.—June 22.

ASSAULT with intent to kill and murder.   Respondent brings error.   Dismissed.

*Blanchard & Cagwin* for appellant.

Attorney General *Jacob J. Van Riper* for the People.

CAMPBELL, J.   Respondent, who pleaded guilty to a charge of assault with intent to murder, now seeks on writ of error to reverse the judgment for an alleged irregularity.

It is sufficient to say that the writ was not sued out until about six years after judgment, five years being the statutory limitation, allowing for all disabilities, both for writs of error and writs of certiorari; the latter writ being appropriate to accompany the writ of error, if issued in time.

The writ must be dismissed.

The other Justices concurred.